
FILED
Scott L. Poff, Clerk
United States District Court
By Sherry Taylor at 12:03 pm, Mar 01, 2017

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR 616-5 |
| v. ) | |
| ) | |
| JEFFERY JEROME WASHINGTON ) | |

## ORDER

The Defendant Jeffery Jerome Washington, by and through his counsel, filed a Motion to Redact Paragraphs 8-11 of the Presentence Report (Dkt. 176 ). There being no objection by the Government, the Motion is GRANTED. The Probation Officer is hereby directed to redact paragraphs 8-11 of the Presentence Report prior to sending the information to the Bureau of Prisons.

So ORDERED, this ___ day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA